Exhibit 1

**Int. Cls.: 6, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28 and 41**

**Prior U.S. Cls.: 2, 3, 13, 21, 22, 27, 28, 32, 33, 36, 37, 38, 39, 40, 41, 42, 50 and 107**

# United States Patent and Trademark Office

Reg. No. 1,364,137

Registered Oct. 8, 1985

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



REGENTS OF THE UNIVERSITY OF MICHIGAN, THE (MICHIGAN CORPORATION)
503 THOMPSON ST.
ANN ARBOR, MI 48109

FOR: KEY RINGS AND CAR EMBLEMS OF NON-PRECIOUS METAL, METAL LICENSE PLATES AND FRAMES, IN CLASS 6 (U.S. CLS. 13 AND 50).

FIRST USE 9–0–1954; IN COMMERCE 9–0–1954.

FOR: PHONOGRAPH RECORDS, AUDIO AND VIDEO RECORDS, TAPES, AND CASSETTES, IN CLASS 9 (U.S. CLS. 21 AND 36).

FIRST USE 7–0–1972; IN COMMERCE 7–0–1972.

FOR: CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 9–0–1937; IN COMMERCE 9–0–1937.

FOR: MUSIC BOXES AND KAZOOS, IN CLASS 15 (U.S. CL. 36).

FIRST USE 5–0–1971; IN COMMERCE 5–0–1971.

FOR: PLAYING CARDS, GREETING CARDS, PRINTS, PENS, PENCILS, LETTER OPENERS, DECALS, BUMPER STICKERS, MEMO PADS, PENCIL HOLDERS, CALENDARS, PAPER NAPKINS, AND CHECKBOOK COVERS, IN CLASS 16 (U.S. CLS. 22, 37 AND 38).

FIRST USE 9–0–1893; IN COMMERCE 9–0–1893.

FOR: UMBRELLAS, TOTE BAGS, DUFFLE BAGS, TRI-FOLD AND BI-FOLD WALLETS, AND CHILDREN'S WALLETS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 9–0–1973; IN COMMERCE 9–0–1973.

FOR: PILLOWS, DECORATIVE PLAQUES, AND NOVELTY BUTTONS, IN CLASS 20 (U.S. CLS. 32 AND 50).

FIRST USE 4–0–1968; IN COMMERCE 4–0–1968.

FOR: PEWTER MUGS, MUGS, WINE DECANTERS, GLASS BEVERAGEWARE, STAINED GLASS, TRAYS, COASTERS, ICE BUCKETS, WASTEPAPER BASKETS, PAPER PLATES, AND PICNIC BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 33 AND 50).

FIRST USE 2–0–1948; IN COMMERCE 2–0–1948.

FOR: BEACH AND REGULAR TOWELS, BLANKETS, PENNANTS, AND FLAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9–0–1903; IN COMMERCE 9–0–1903.

2                              1,364,137

FOR: APRONS, ADULT AND CHILDREN'S JACKETS AND VESTS, MEN'S SHIRTS, SPORTSHIRTS, TIES, NIGHT SHIRTS, LADIES' TOPS, ADULT AND CHILDREN'S JERSEYS, CAPS, SPORT CAPS, VISOR CAPS, SKI CAPS, SCARVES, SILK SCARVES, SWEATERS, PONCHOS, GLOVES, MITTENS, GOLF SWEATERS, LADIES' AND MEN'S AND CHILDREN'S T-SHIRTS, BASEBALL SHIRTS, FOOTBALL-STYLE JERSEYS, LADIES' AND MEN'S SHORTS, SOCKS, ADULT AND CHILDREN'S WARM UP SUITS, BABY SLEEPERS, BABY SHIRTS, WESTERN HATS, TENNIS HATS, WRISTBANDS, AND SWEATBANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9-0-1893; IN COMMERCE 9-0-1893.

FOR: CHARMS, NECKLACES, BRACELETS, EARRINGS, RINGS, TIE TACKS, BELT BUCKLES, PINS AND BROACHES OF NON-PRECIOUS METAL, EMBROIDERED EMBLEMS AND PATCHES, IN CLASS 26 (U.S. CL. 40).

FIRST USE 8-0-1948; IN COMMERCE 8-0-1948.

FOR: FLOOR MATS, RUGS, AND WALL HANGINGS, IN CLASS 27 (U.S. CLS. 42 AND 50).

FIRST USE 6-0-1948; IN COMMERCE 6-0-1948.

FOR: TOY FLYING DISCS, BASKETBALLS, FOAM BASKETBALLS, STUFFED TOY ANIMALS, DOLLS, GOLF BAGS, HEAD COVERS, GOLF BALLS, CHRISTMAS ORNAMENTS AND STOCKINGS, IN CLASS 28 (U.S. CLS. 22 AND 50).

FIRST USE 5-0-1949; IN COMMERCE 5-0-1949.

FOR: EDUCATIONAL—NAMELY, CONDUCTING COURSES AT THE UNDERGRADUATE AND GRADUATE LEVEL, ENTERTAINMENT—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EXHIBITIONS AND GAMES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0-0-1891; IN COMMERCE 0-0-1891.

SER. NO. 390,876, FILED 9-28-1982.

SUSAN L. HELLER, EXAMINING ATTORNEY

Int. Cls.: 6, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28 and 41

Prior U.S. Cls.: 2, 3, 13, 21, 22, 27, 28, 32, 33, 36, 37, 38,
     39, 40, 41, 42,  50 and 107

## United States Patent and Trademark Office

Reg. No. 1,364,137
Registered Oct. 8, 1985

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



REGENTS OF THE UNIVERSITY OF MICHI-
GAN, THE (MICHIGAN CORPORATION)
503 THOMPSON ST.
ANN ARBOR, MI 48109

FOR: KEY RINGS AND CAR EMBLEMS OF
NON-PRECIOUS METAL, METAL LICENSE
PLATES AND FRAMES, IN CLASS 6 (U.S. CLS.
13 AND 50).
FIRST USE 9-0-1954; IN COMMERCE
9-0-1954.
FOR: PHONOGRAPH RECORDS, AUDIO
AND VIDEO RECORDS, TAPES, AND CAS-
SETTES, IN CLASS 9 (U.S. CLS. 21 AND 36).
FIRST USE 7-0-1972; IN COMMERCE
7-0-1972.
FOR: CLOCKS AND WATCHES, IN CLASS 14
(U.S. CLS. 27 AND 28).
FIRST USE 9-0-1937; IN COMMERCE
9-0-1937.
FOR: MUSIC BOXES AND KAZOOS, IN
CLASS 15 (U.S. CL. 36).
FIRST USE 5-0-1971; IN COMMERCE
5-0-1971.
FOR: PLAYING CARDS, GREETING CARDS,
PRINTS, PENS, PENCILS, LETTER OPENERS,
DECALS, BUMPER STICKERS, MEMO PADS,
PENCIL HOLDERS, CALENDARS, PAPER

NAPKINS, AND CHECKBOOK COVERS, IN
CLASS 16 (U.S. CLS. 22, 37 AND 38).
FIRST USE 9-0-1893; IN COMMERCE
9-0-1893.
FOR: UMBRELLAS, TOTE BAGS, DUFFLE
BAGS, TRI-FOLD AND BI-FOLD WALLETS,
AND CHILDREN'S WALLETS, IN CLASS 18
(U.S. CLS. 3 AND 41).
FIRST USE 9-0-1973; IN COMMERCE
9-0-1973.
FOR: PILLOWS, DECORATIVE PLAQUES,
AND NOVELTY BUTTONS, IN CLASS 20 (U.S.
CLS. 32 AND 50).
FIRST USE 4-0-1968; IN COMMERCE
4-0-1968.
FOR: PEWTER MUGS, MUGS, WINE DE-
CANTERS, GLASS BEVERAGEWARE,
STAINED GLASS, TRAYS, COASTERS, ICE
BUCKETS, WASTEPAPER BASKETS, PAPER
PLATES, AND PICNIC BASKETS, IN CLASS 21
(U.S. CLS. 2, 13, 33 AND 50).
FIRST USE 2-0-1948; IN COMMERCE
2-0-1948.
FOR: BEACH AND REGULAR TOWELS,
BLANKETS, PENNANTS, AND FLAGS, IN
CLASS 24 (U.S. CLS. 42 AND 50).
FIRST USE 9-0-1903; IN COMMERCE
9-0-1903.

FOR: APRONS, ADULT AND CHILDREN'S JACKETS AND VESTS, MEN'S SHIRTS, SPORTSHIRTS, TIES, NIGHT SHIRTS, LADIES' TOPS, ADULT AND CHILDREN'S JERSEYS, CAPS, SPORT CAPS, VISOR CAPS, SKI CAPS, SCARVES, SILK SCARVES, SWEATERS, PONCHOS, GLOVES, MITTENS, GOLF SWEATERS, LADIES' AND MEN'S AND CHILDREN'S T-SHIRTS, BASEBALL SHIRTS, FOOTBALL-STYLE JERSEYS, LADIES' AND MEN'S SHORTS, SOCKS, ADULT AND CHILDREN'S WARM UP SUITS, BABY SLEEPERS, BABY SHIRTS, WESTERN HATS, TENNIS HATS, WRISTBANDS, AND SWEATBANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9-0-1893; IN COMMERCE 9-0-1893.

FOR: CHARMS, NECKLACES, BRACELETS, EARRINGS, RINGS, TIE TACKS, BELT BUCKLES, PINS AND BROACHES OF NON-PRECIOUS METAL, EMBROIDERED EMBLEMS AND PATCHES, IN CLASS 26 (U.S. CL. 40).

FIRST USE 8-0-1948; IN COMMERCE 8-0-1948.

FOR: FLOOR MATS, RUGS, AND WALL HANGINGS, IN CLASS 27 (U.S. CLS. 42 AND 50).

FIRST USE 6-0-1948; IN COMMERCE 6-0-1948.

FOR: TOY FLYING DISCS, BASKETBALLS, FOAM BASKETBALLS, STUFFED TOY ANIMALS, DOLLS, GOLF BAGS, HEAD COVERS, GOLF BALLS, CHRISTMAS ORNAMENTS AND STOCKINGS, IN CLASS 28 (U.S. CLS. 22 AND 50).

FIRST USE 5-0-1949; IN COMMERCE 5-0-1949.

FOR: EDUCATIONAL—NAMELY, CONDUCTING COURSES AT THE UNDERGRADUATE AND GRADUATE LEVEL, ENTERTAINMENT—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EXHIBITIONS AND GAMES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0-0-1891; IN COMMERCE 0-0-1891.

SER. NO. 390,876, FILED 9-28-1982.

SUSAN L. HELLER, EXAMINING ATTORNEY

Int. Cls.: 25, 26 and 41

Prior U.S. Cls.: 39, 40 and 107

**United States Patent and Trademark Office**

Reg. No. 1,310,132
Registered Dec. 18, 1984

## TRADEMARK
## SERVICE MARK
### Principal Register

# MICHIGAN

The Regents of The University of Michigan (Michigan corporation)
503 Thompson St.
Ann Arbor, Mich. 48109

For: ADULT & CHILDREN'S JACKETS, MEN'S SHIRTS, SPORTSHIRTS, NIGHT SHIRTS, ADULT & CHILDREN'S JERSEYS, VISOR CAP, SKI CAP, SCARVES, GOLF SWEATERS, ADULT & CHILDREN'S T-SHIRTS, FOOTBALL STYLE JERSEYS, MEN'S SHORTS, SOCKS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1947; in commerce Sep. 1947.

For: EMBROIDERED EMBLEMS, in CLASS 26 (U.S. Cl. 40).

First use Sep. 1970; in commerce Sep. 1970.

For: ENTERTAINMENT SERVICES—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EVENTS, in CLASS 41 (U.S. Cl. 107).

First use 1879; in commerce 1879.

Sec. 2(f).

Ser. No. 390,882, filed Sep. 28, 1982.

CRAIG K. MORRIS, Examining Attorney

Int. Cls.: 25, 26 and 41

Prior U.S. Cls.: 39, 40 and 107

**United States Patent and Trademark Office**

Reg. No. 1,310,132
Registered Dec. 18, 1984

## TRADEMARK
## SERVICE MARK
### Principal Register

# MICHIGAN

The Regents of The University of Michigan
(Michigan corporation)
503 Thompson St.
Ann Arbor, Mich. 48109

For: ADULT & CHILDREN'S JACKETS, MEN'S SHIRTS, SPORTSHIRTS, NIGHT SHIRTS, ADULT & CHILDREN'S JERSEYS, VISOR CAP, SKI CAP, SCARVES, GOLF SWEATERS, ADULT & CHILDREN'S T-SHIRTS, FOOTBALL STYLE JERSEYS, MEN'S SHORTS, SOCKS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1947; in commerce Sep. 1947.

For: EMBROIDERED EMBLEMS, in CLASS 26 (U.S. Cl. 40).

First use Sep. 1970; in commerce Sep. 1970.

For: ENTERTAINMENT SERVICES—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EVENTS, in CLASS 41 (U.S. Cl. 107).

First use 1879; in commerce 1879.

Sec. 2(f).

Ser. No. 390,882, filed Sep. 28, 1982.

CRAIG K. MORRIS, Examining Attorney

Int. Cls.: **6, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27 and 28**

Prior U.S. Cls.: **2, 13, 19, 22, 27, 28, 32, 36, 37, 38, 39, 40, 41, 42 and 50**

Reg. No. 1,307,632

## United States Patent and Trademark Office

Registered Dec. 4, 1984

# TRADEMARK
## Principal Register

# M GO BLUE

The Regents of The University of Michigan (Michigan corporation)
503 Thompson St.
Ann Arbor, Mich. 48109

For: KEY RINGS; METAL LICENSE PLATES AND FRAMES, in CLASS 6 (U.S. Cls. 13, 19 and 50).

First use May 1968; in commerce May 1968.

For: CLOCKS, WATCHES, in CLASS 14 (U.S. Cl. 27).

First use May 1965; in commerce May 1965.

For: KAZOOS, in CLASS 15 (U.S. Cl. 36).

First use Apr. 1979; in commerce Apr. 1979.

For: PLAYING CARDS, PENS, LETTER OPENERS, BUMPER STICKERS, PAPER EMBLEMS, PAPER NAPKINS, NOTE PAPER HOLDERS, in CLASS 16 (U.S. Cls. 22, 37 and 38).

First use Aug. 1965; in commerce Aug. 1965.

For: UMBRELLAS, in CLASS 18 (U.S. Cl. 41).

First use May 1978; in commerce May 1978.

For: PILLOWS, WICKER BASKETS, STADIUM CUSHIONS, NOVELTY BUTTONS, in CLASS 20 (U.S. Cls. 2, 32 and 50).

First use May 1978; in commerce May 1978.

For: MUGS, TRAYS, ICE BUCKETS, in CLASS 21 (U.S. Cl. 2).

First use Jun. 1969; in commerce Jun. 1969.

For: TOWELS, PENNANTS, FLAGS, in CLASS 24 (U.S. Cls. 42 and 50).

First use Mar. 1968; in commerce Mar. 1968.

For: APRONS, SHIRTS, CAPS, SCARVES, PONCHOS, SOCKS, WARM-UP SUITS, BELTS, WRISTBANDS, HEADBANDS, T-SHIRTS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1975; in commerce Sep. 1975.

For: DECORATIVE PLAQUES, BELT BUCKLES, PINS & BROACHES OF NON-PRECIOUS METAL, in CLASS 26 (U.S. Cls. 28 and 40).

First use Sep. 1971; in commerce Sep. 1971.

For: FLOOR MATS, WALL HANGINGS, in CLASS 27 (U.S. Cls. 42 and 50).

First use May 1974; in commerce May 1974.

For: TOY FLYING DISCS, BASKETBALLS, STUFFED TOY ANIMALS, CHRISTMAS ORNAMENTS & STOCKINGS, THREE DIMENSIONAL PUZZLES, in CLASS 28 (U.S. Cls. 22 and 50).

First use Sep. 1980; in commerce Sep. 1980.

Ser. No. 390,883, filed Sep. 28, 1982.

SUSAN L. HELLER, Examining Attorney

Int. Cls.: 6, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27 and 28

Prior U.S. Cls.: 2, 13, 19, 22, 27, 28, 32, 36, 37, 38, 39, 40, 41, 42 and 50

Reg. No. 1,307,632

**United States Patent and Trademark Office**   Registered Dec. 4, 1984

## TRADEMARK
### Principal Register

# M GO BLUE

The Regents of The University of Michigan (Michigan corporation)
503 Thompson St.
Ann Arbor, Mich. 48109

For: KEY RINGS; METAL LICENSE PLATES AND FRAMES, in CLASS 6 (U.S. Cls. 13, 19 and 50).

First use May 1968; in commerce May 1968.

For: CLOCKS, WATCHES, in CLASS 14 (U.S. Cl. 27).

First use May 1965; in commerce May 1965.

For: KAZOOS, in CLASS 15 (U.S. Cl. 36).

First use Apr. 1979; in commerce Apr. 1979.

For: PLAYING CARDS, PENS, LETTER OPENERS, BUMPER STICKERS, PAPER EMBLEMS, PAPER NAPKINS, NOTE PAPER HOLDERS, in CLASS 16 (U.S. Cls. 22, 37 and 38).

First use Aug. 1965; in commerce Aug. 1965.

For: UMBRELLAS, in CLASS 18 (U.S. Cl. 41).

First use May 1978; in commerce May 1978.

For: PILLOWS, WICKER BASKETS, STADIUM CUSHIONS, NOVELTY BUTTONS, in CLASS 20 (U.S. Cls. 2, 32 and 50).

First use May 1978; in commerce May 1978.

For: MUGS, TRAYS, ICE BUCKETS, in CLASS 21 (U.S. Cl. 2).

First use Jun. 1969; in commerce Jun. 1969.

For: TOWELS, PENNANTS, FLAGS, in CLASS 24 (U.S. Cls. 42 and 50).

First use Mar. 1968; in commerce Mar. 1968.

For: APRONS, SHIRTS, CAPS, SCARVES, PONCHOS, SOCKS, WARM-UP SUITS, BELTS, WRISTBANDS, HEADBANDS, T-SHIRTS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1975; in commerce Sep. 1975.

For: DECORATIVE PLAQUES, BELT BUCKLES, PINS & BROACHES OF NON-PRECIOUS METAL, in CLASS 26 (U.S. Cls. 28 and 40).

First use Sep. 1971; in commerce Sep. 1971.

For: FLOOR MATS, WALL HANGINGS, in CLASS 27 (U.S. Cls. 42 and 50).

First use May 1974; in commerce May 1974.

For: TOY FLYING DISCS, BASKETBALLS, STUFFED TOY ANIMALS, CHRISTMAS ORNAMENTS & STOCKINGS, THREE DIMENSIONAL PUZZLES, in CLASS 28 (U.S. Cls. 22 and 50).

First use Sep. 1980; in commerce Sep. 1980.

Ser. No. 390,883, filed Sep. 28, 1982.

SUSAN L. HELLER, Examining Attorney

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101 and 107**

**Reg. No. 2,357,021**

## United States Patent and Trademark Office

**Registered June 13, 2000**

### SERVICE MARK
### PRINCIPAL REGISTER

## WOLVERINES

REGENTS OF THE UNIVERSITY OF MICHIGAN, THE (MICHIGAN CORPORATION)
4020 FLEMING BUILDING
ANN ARBOR, MI 481091349

FOR: ORGANIZING EXHIBITIONS FOR COLLEGIATE ATHLETICS, NAMELY, FOOTBALL, BASKETBALL, HOCKEY, BASEBALL AND SOCCER, COLLEGIATE TOURNAMENTS, AND COLLEGIATE FOOTBALL GAMES; ARRANGING AND CONDUCTING EDUCATIONAL CONFERENCES; ORGANIZING FESTIVALS FEATURING A VARIETY OF ACTIVITIES, NAMELY, SPORTING EVENTS; ARRANGING AND CONDUCTING ATHLETIC COMPETITIONS; ENTERTAINMENT IN THE NATURE OF FOOTBALL GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9–0–1927; IN COMMERCE 9–0–1927.

SER. NO. 75–616,726, FILED 1–7–1999.

KEVON CHISOLM, EXAMINING ATTORNEY

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101 and 107**

**Reg. No. 2,781,716**

## United States Patent and Trademark Office

Registered Nov. 11, 2003

### SERVICE MARK
**PRINCIPAL REGISTER**

## M GO BLUE

THE REGENTS OF THE UNIVERSITY OF MI-
CHIGAN (MICHIGAN CONSTITUTIONAL
CORPORATION)
1080 FLEMING BUILDING
503 THOMPSON STREET
ANN ARBOR, MI 481091340

FOR: EDUCATIONAL AND ENTERTAINMENT
SERVICES; NAMELY, CONDUCTING COLLEGI-
ATE ATHLETIC EXHIBITIONS AND GAMES , IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-24-1998; IN COMMERCE 10-24-1998.

SER. NO. 76-474,733, FILED 12-13-2002.

MATTHEW KLINE, EXAMINING ATTORNEY

# United States of America

### United States Patent and Trademark Office

# Michigan

**Reg. No. 4,764,581**

**Registered June 30, 2015**

**Int. Cls.: 14, 16, 26, 27 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

REGENTS OF THE UNIVERSITY OF MICHIGAN (MICHIGAN STATE UNIVERSITY), AKA UNIVERSITY OF MICHIGAN
5010 FLEMING ADMINISTRATION BUILDING
503 THOMPSON STREET
ANN ARBOR, MI 481091340

FOR: CLOCKS; EARRINGS; NECKLACES; RINGS; WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-1979; IN COMMERCE 4-0-1979.

FOR: CALENDARS; DECALS; DESK STANDS AND HOLDERS FOR PENS, PENCILS, AND INK; GREETING CARDS; MEMO PADS; PENCILS; PENS; STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-1974; IN COMMERCE 8-0-1974.

FOR: EMBROIDERED EMBLEMS; ORNAMENTAL NOVELTY PINS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 4-0-1979; IN COMMERCE 4-0-1979.

FOR: FLOOR MATS; RUGS; VINYL WALL COVERINGS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 2-0-1981; IN COMMERCE 2-0-1981.

FOR: BASKETBALLS; CHRISTMAS TREE ORNAMENTS; COVERS FOR GOLF CLUBS; DOG TOYS; GOLF BALLS; GOLF CLUB BAGS; HEAD COVERS FOR GOLF CLUBS; STUFFED DOLLS AND ANIMALS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-0-1979; IN COMMERCE 11-0-1979.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,310,132, 3,246,002 AND OTHERS.

*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**Reg. No. 4,764,581** SEC. 2(F).

SER. NO. 86-453,303, FILED 11-13-2014.

KAMAL PREET, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

## GATORS

**Reg. No. 2,206,967**

**Registered Dec. 01, 1998**

**Corrected Oct. 23, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

The University Athletic Association, Inc. (FLORIDA NOT-FOR-PROFIT CORPORATION)
2800 S.w. Third Avenue
Miami, FLORIDA 33129

CLASS 25: clothing, namely, shirts, T-shirts, sweat shirts, sweat pants, boxer shorts, sweaters, coats, caps and hats

FIRST USE 00-00-1955; IN COMMERCE 00-00-1955

OWNER OF U.S. REG. NO. 1222098, 1791016, 1225119

SER. NO. 75-353,993, FILED 09-09-1997



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

### GATORS

**Reg. No. 2,206,967**

**Registered Dec. 01, 1998**

**Corrected Oct. 23, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

The University Athletic Association, Inc. (FLORIDA NOT-FOR-PROFIT CORPORATION )

2800 S.w. Third Avenue
Miami, FLORIDA 33129

CLASS 25: clothing, namely, shirts, T-shirts, sweat shirts, sweat pants, boxer shorts, sweaters, coats, caps and hats

FIRST USE 00-00-1955; IN COMMERCE 00-00-1955

OWNER OF U.S. REG. NO. 1222098, 1791016, 1225119

SER. NO. 75-353,993, FILED 09-09-1997



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,206,967

Registered Dec. 1, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## GATORS

UNIVERSITY ATHLETIC ASSOCIATION, INC. (FLORIDA NOT-FOR-PROFIT CORPORATION)
P.O. BOX 14855
GAINESVILLE, FL 326042485

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, SWEAT SHIRTS, SWEAT PANTS, BOXER SHORTS, SWEATERS, COATS, CAPS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1955; IN COMMERCE 0–0–1955.

OWNER OF U.S. REG. NOS. 1,222,098, 1,225,119, AND 1,791,016.

SER. NO. 75–353,993, FILED 9–9–1997.

STEVEN PEREZ, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

## FLORIDA GATORS

**Reg. No. 2,349,246**

**Registered May 16, 2000**

**Renewal Term Begins May 16, 2020**

**10 Year Renewal/Corrected**

**Int. Cl.: 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

The University Athletic Association, Inc.  (FLORIDA CORPORATION)
P.o. Box 14485
Gainesville, FLORIDA 326042485

CLASS 25: clothing, namely, shirts, T-shirts, sweat shirts, sweat pants, sweaters, coats, caps and hats

FIRST USE 00-00-1980; IN COMMERCE 00-00-1980

CLASS 41: entertainment services, namely, arranging and conducting athletic events, tournaments and exhibitions

FIRST USE 00-00-1977; IN COMMERCE 00-00-1977

OWNER OF U.S. REG. NO. 1222098, 1225119, 1791016

SEC. 2(F) as to "FLORIDA"

SER. NO. 75-354,125, FILED 09-09-1997



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cls.: 16, 21, 25 and 41

Prior U.S. Cls.: 2, 33, 37, 38, 39 and 107

**United States Patent and Trademark Office**

Reg. No. 1,263,599
Registered Jan. 10, 1984

## TRADEMARK
## SERVICE MARK
Principal Register

## UNIVERSITY OF NORTH CAROLINA

The University of North Carolina at Chapel Hill (North Carolina educational institution)
Chapel Hill, N.C. 27514

For: DECALS, BUMPER STICKERS, NOTE-BOOKS, NOTEPADS, WRITING PAPER AND ENVELOPES, BINDERS, NOTEPAD HOLDERS, CALENDARS, PAPER NAPKINS AND PAPER PLACEMATS, in CLASS 16 (U.S. Cls. 37 and 38).

First use 1940; in commerce 1940.

For: DRINKING GLASSES, MUGS, PITCH-ERS AND VASES, in CLASS 21 (U.S. Cls. 2 and 33).

First use 1940; in commerce 1940.

For: SHIRTS, JACKETS, SWEATERS, CAPS, PARKAS, SHORTS, JOGGING SUITS, SWEATSUITS, NECKTIES, LEISURE SUITS, RAIN GEAR, SCARFS, SLEEPWEAR, SOCKS, ATHLETIC JERSEYS AND SHORTS, in CLASS 25 (U.S. Cl. 39).

First use 1940; in commerce 1940.

For: ENTERTAINMENT SERVICES—NAME-LY, PROMOTING AND CONDUCTING COL-LEGE LEVEL MEN'S AND WOMEN'S SPORTING EVENTS, in CLASS 41 (U.S. Cl. 107).

First use 1900; in commerce 1900.

Ser. No. 394,679, filed Sep. 30, 1982.

JAMES WALSH, Examining Attorney

Int. Cls.: **16, 21, 25 and 41**

Prior U.S. Cls.: **2, 33, 37, 38, 39 and 107**

## United States Patent and Trademark Office

Reg. No. 1,262,384
Registered Dec. 27, 1983

## TRADEMARK
## SERVICE MARK
### Principal Register

## UNC

The University of North Carolina at Chapel Hill (North Carolina educational institution)
Chapel Hill, N.C. 27514

For: DECALS, BUMPER STICKERS, NOTE-BOOKS, NOTEPADS, WRITING PAPER AND ENVELOPES, BINDERS, NOTEPAD HOLDERS, CALENDARS, PAPER NAPKINS AND PAPER PLACEMATS, in CLASS 16 (U.S. Cls. 37 and 38).

First use 1970; in commerce 1970.

For: DRINKING GLASSES, MUGS, PITCH-ERS, VASES, AND WASTEBASKETS, in CLASS 21 (U.S. Cls. 2 and 33).

First use 1970; in commerce 1970.

For: SHIRTS, JACKETS, SWEATERS, CAPS, PARKAS, SHORTS, JOGGING SUITS, SWEATSUITS, VESTS, NECKTIES, LEISURE SUITS, RAIN GEAR, SCARFS, SLEEPWEAR, SOCKS, ATHLETIC JERSEYS AND SHORTS, in CLASS 25 (U.S. Cl. 39).

First use 1970; in commerce 1970.

For: ENTERTAINMENT SERVICES—NAME-LY, PROMOTING AND CONDUCTING COL-LEGE LEVEL MEN'S AND WOMEN'S SPORTING EVENTS, in CLASS 41 (U.S. Cl. 107).

First use 1900; in commerce 1900.

Ser. No. 394,683, filed Sep. 30, 1982.

JAMES WALSH, Examining Attorney

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

# United States Patent and Trademark Office

Reg. No. 1,975,079
Registered May 21, 1996

## TRADEMARK
### PRINCIPAL REGISTER



UNIVERSITY ATHLETIC ASSOCIATION, INC.
(FLORIDA NONPROFIT CORPORATION)
POST OFFICE BOX 14485
GAINSVILLE, FL 32604

FOR: WEARING APPAREL, NAMELY TEE-SHIRTS, HATS AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1–1–1995; IN COMMERCE 1–1–1995.

OWNER OF U.S. REG. NOS. 1,222,098 AND 1,228,944.

THE MARK SOUGHT TO BE REGISTERED COMPRISES THE MARK DESIGN OF ALLIGA-TOR CONSISTING OF A FANCIFUL DEPIC-TION OF AN ALLIGATOR HEAD WITH AN AGGRESSIVE APPEARANCE PROTRUDING FROM AN ENCIRCLING OBLONG.

SER. NO. 74–703,705, FILED 7–20–1995.

ODETTE BONNET, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# UF

**Reg. No. 2,199,793**

**Registered Oct. 27, 1998**

**Corrected Jul. 23, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

The University Athletic Association, Inc.  (FLORIDA NOT-FOR-PROFIT CORPORATION)
P.o. Box 14855
Gainesville, FLORIDA 326042485

CLASS 25: clothing, namely, shirts, T-shirts, sweat shirts, sweat pants, sweaters, coats, caps and hats

FIRST USE 00-00-1980; IN COMMERCE 00-00-1980

OWNER OF U.S. REG. NO. 1228946, 1228945

SER. NO. 75-353,933, FILED 09-09-1997



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# UF

**Reg. No. 2,199,793**

**Registered Oct. 27, 1998**

**Renewal Term Begins Oct. 27, 2018**

**10 Year Renewal/Corrected**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

The University Athletic Association, Inc.  (FLORIDA NOT-FOR-PROFIT CORPORATION)
P.o. Box 14855
Gainesville, FLORIDA 326042485

CLASS 25: clothing, namely, shirts, T-shirts, sweat shirts, sweat pants, sweaters, coats, caps and hats

FIRST USE 00-00-1980; IN COMMERCE 00-00-1980

OWNER OF U.S. REG. NO. 1228946, 1228945

SER. NO. 75-353,933, FILED 09-09-1997



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,157,952**

**Registered June 12, 2012**

**Int. Cls.: 16, 21, 25 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**



*David J. Kappos*

Director of the United States Patent and Trademark Office

THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL (NORTH CAROLINA STATE UNIVERSITY)
CAMPUS BOX 1500
015 LENOIR HALL
CHAPEL HILL, NC 27599

FOR: DECALS, NOTE CARDS, NOTEPADS, NOTE PAPER WITH ADHESIVE ON ONE SIDE FOR ATTACHMENT TO SURFACES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1982; IN COMMERCE 0-0-1982.

FOR: DRINKING GLASSES, TRAVEL COFFEE MUGS, WINE GLASSES, PILSNER GLASSES, SHOT GLASSES, AND DISHWARE, NAMELY, CHIP AND DIP SET, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 0-0-1982; IN COMMERCE 0-0-1982.

FOR: SHIRTS, TANK TOPS, SWEATSHIRTS, HEADBANDS, WRIST BANDS, SPORTS BRAS, SWEAT PANTS, CHEERLEADER OUTFITS, HEADWEAR, SHORTS, OUTERWEAR, HOCKEY JERSEYS, BASEBALL JERSEYS, FOOTBALL JERSEYS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1982; IN COMMERCE 0-0-1982.

FOR: GOLF BALLS, FOOTBALLS, GOLF HEAD COVERS, BASKETBALLS, SOCCER BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1982; IN COMMERCE 0-0-1982.

OWNER OF U.S. REG. NO. 1,255,590.

THE MARK CONSISTS OF THE INTERLOCKING LETTERS "N" AND "C" IN A STYLIZED FORMAT.

SER. NO. 85-511,527, FILED 1-9-2012.

**Reg. No. 4,157,952** JUSTINE D. PARKER, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.



# United States of America

## United States Patent and Trademark Office

# TAR HEELS

**Reg. No. 4,946,295**

**Registered Apr. 26, 2016**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL (NORTH CAROLINA STATE UNIVERSITY)
CAMPUS BOX 1500
015 LENOIR HALL
CHAPEL HILL, NC 27599

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, SWEATSHIRTS, HOODED SWEATSHIRTS, REPLICA JERSEYS, SLEEPWEAR, ONE-PIECE INFANT SNAP SUITS, SHORTS, SWEAT-PANTS, JACKETS; HEADWEAR, NAMELY, HATS, CAPS, VISORS, AND BEANIES; FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1997; IN COMMERCE 0-0-1997.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-789,551, FILED 10-15-2015.

DOMINIC FATHY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

>*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
>5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
>accepted, the registration will continue in force for the remainder of the ten-year period, calculated
>from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
>federal court.

>*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
>Application for Renewal between the 9th and 10th years after the registration date.*
>*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

>You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
>every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.